IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:24-CV-634

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | WARRANT OF ARREST AND |
| v. ) | NOTICE *IN REM* |
| ) | |
| 4,992,845.06 USDT VIRTUAL ) | |
| CURRENCY, ) | |
| ) | |
| Defendant. ) | |

TO: THE UNITED STATES MARSHALS SERVICE FOR THE EASTERN DISTRICT OF NORTH CAROLINA

WHEREAS, a Complaint for Forfeiture *in rem* as above-styled was filed on the 8th day of November, 2024, by the United States Attorney for the Eastern District of North Carolina, against the defendant and for the reasons stated in the Complaint for Forfeiture *in rem*.

NOW, THEREFORE, for the aforementioned reasons and praying for process of the Warrant of Arrest of said property in that behalf to be issued and that all persons having right, title, or interest therein may be cited to appear and answer all matters therein propounded, that this Court will order and decree the condemnation and forfeiture of said property.

1

YOU ARE, THEREFORE, hereby commanded to arrest, attach, and retain the above-described property until the further order of this Court respecting the same; to give due notice to all persons claiming the same, knowing or having anything to say why the same should not be condemned and disposed of pursuant to the prayer of the Complaint, that they must file their claims to the property within the earlier of: (a) thirty-five (35) days after the date this Warrant of Arrest and Notice In Rem is sent, as defined by Supplemental Rule G(4)(b)(iv), (b) thirty (30) days after final publication of newspaper notice or legal notice of the filing of the Complaint under Rule G(4)(a), or (c) sixty (60) days after the first day of publication on an official government forfeiture website; and shall serve and file their answers within twenty-one (21) days after the filing of the claim, with the Office of the Clerk, United States District Court, Eastern District of North Carolina, 310 New Bern Avenue, P.O. Box 25670, Raleigh, North Carolina 27601, with a copy thereof sent to Assistant U. S. Attorney, Katherine A. King and Michael G. James, 150 Fayetteville Street, Suite 2100, Raleigh, North Carolina 27601. The claim must, at a minimum, identify the specific property claimed, identify the claimant and state the claimant's interest in the property, and be signed by the claimant under penalty of perjury, as provided by Supplemental Rule G(5).

The potential claimant is further notified that any claim filed with the seizing agency in an administrative proceeding and/or any petition filed in a related criminal action is NOT a substitute for the claim that must be filed in this action, which claim

2

must meet the requirements of and be within the time allowed under Rules G(4) and G(5), as described above.

This the 12 day of November, 2024.

_____
PETER A. MOORE, JR., CLERK

DATE NOTICE SENT: _____